## Commonwealth *v.* Perschka, Appellant.

Submitted April 14, 1971. *Warren R. Keck, III,* Public Defender, for appellant; *Robert F. Banks,* First Assist-

ant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Order affirmed.